IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARSEAN MOSLEY, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | No. 14-2648 |
| J. WALSH, et al., | : | |
| Respondents | : | |

**ORDER**

JEFFREY L. SCHMEHL, J.

AND NOW, this 1st day of July, 2014, upon careful and independent consideration of the petition for Writ of Habeas Corpus, and after review of the Amended Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Amended Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus (07-3877), pursuant to 28 U.S.C. §2254, is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania in accordance with 28 U.S.C. § 2241(d).

3. The Clerk of the Court shall transmit the original record to said district.

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

JEFFREY L. SCHMEHL, J.
UNITED STATES DISTRICT JUDGE